# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **PABLO MARRUFO PULE,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **KRISTI NOEM, IN HER OFFICIAL** § | |
| **CAPACITY AS SECRETARY OF THE** § | |
| **U.S. DEPARTMENT OF HOMELAND** § | |
| **SECURITY, TODD M. LYONS, IN HIS** § | |
| **OFFICIAL CAPACITY AS ACTING** § | |
| **DIRECTOR OF U.S. IMMIGRATION** § | |
| **AND CUSTOMS ENFORCEMENT,** § | No. 3:25-CV-00677-LS |
| **ANGEL GARITE, IN HIS OFFICIAL** § | |
| **CAPACITY AS ASSISTANT EL PASO** § | |
| **FIELD OFFICE DIRECTOR FOR U.S.** § | |
| **IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT, DAREN K.** § | |
| **MARGOLIN, IN HIS OFFICIAL** § | |
| **CAPACITY AS DIRECTOR OF THE** § | |
| **EXECUTIVE OFFICE FOR** § | |
| **IMMIGRATION REVIEW, MARY DE** § | |
| **ANDA-YBARRA, IN HER OFFICIAL** § | |
| **CAPACITY AS FIELD OFFICE** § | |
| **DIRECTOR, ICE ENFORCEMENT** § | |
| **AND REMOVAL OPERATIONS, EL** § | |
| **PASO FIELD OFFICE, and WARDEN,** § | |
| **ERO EL PASO CAMP EAST** § | |
| **MONTANA, EL PASO, TEXAS,** § | |
| § | |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Petitioner advised the Court that Respondents have released him from custody.[1] Petitioner sought a writ of habeas corpus ordering his release.[2] The Court therefore denies the petition as moot and dismisses this case.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

                                                **LEON SCHYDLOWER**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.
[2] ECF No. 1, at 21.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").